**UNITED STATES DISTRICT COURT**        **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**      **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE              DATE:  6/11/24
        U.S. MAGISTRATE JUDGE        TIME:  12:15 pm

CASE:  **CV 22-3031(OEM) Zambrano et al v. Envios Espinoza, Inc. et al**

TYPE OF CONFERENCE: MOTION/STATUS        FTR: 12:14-12:32

APPEARANCES:
      For Plaintiff:   Jonathan Trinidad Lira

      For Defendant: Christopher Ross

**THE FOLLOWING RULINGS WERE MADE:**
☐     Scheduling Order entered.

☒     Other: Defendants' motion to compel, DE [62], is granted in part and denied in part as
       follows.  Plaintiffs will produce W-2s and 1099s for the years in question.  In addition,
       Plaintiffs will identify gym memberships by months and years, name(s) and location(s) of
       the memberships for the years in question.  The motion is denied in all other respects.
       That being said, the topics addressed on the record may be the subject of deposition
       questioning, followed by supplemental document requests more narrowly tailored as
       appropriate.  The Court's ruling is designed to balance the need for discovery against an
       undue invasion of privacy due to overbroad discovery requests, not to prevent Defendants
       from mounting their defense.

          The motion for an extension of discovery deadlines, DE [65], is granted as
       follows:  All depositions will be completed by August 9, 2024.  Summary judgment
       motion practice will be commenced no later than August 16, 2024, consistent with the
       district judge's individual rules. Final pretrial conference date: September 12, 2024 at
       2:00pm.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

       9/12/24 at 2:00 pm        : Pretrial conference. A joint proposed pretrial order
                            must be electronically filed 3 days prior to this
                            conference.

                       SO ORDERED

                       /s/Steven I. Locke
                       STEVEN I. LOCKE
                       United States Magistrate Judge