MARIA ZAMBRANO and YISELA JARAMILLO; individually and on behalf of all others similarly situated,

            Plaintiffs,

v.

ENVIOS ESPINOZA, INC.; ENVIOS ESPINOZA TELEFONICA MULTISERVICES CORP. D/B/A ENVIOS ESPINOZA; JOHN DOE CORPORATION #1 D/B/A ENVIOS ESPINOZA ENTERPRISES; JOHN DOE CORPORATION #2 D/B/A ENVIOS ESPINOZA & CO., JULIO ESPINOZA, FAUSTO CANDO, and DORIS CANDO,

            Defendants.

**SCHEDULING ORDER**
22-CV-03031 (OEM) (SIL)

| Event | Timing Per IPRs | Deadline |
|---|---|---|
| *Daubert* Motions | 45 Days before Trial | **September 5, 2025** |
| *Daubert* Responses | 14 Days after *Daubert*s filed | **September 19, 2025** |
| Motions *in limine* due | 30 Days before Trial | **September 19, 2025** |
| Motion *in limine* Responses | 14 Days after MiLs filed | **October 3, 2025** |
| AV Meeting (confirmation required on ECF) | 20 Days before Trial | **September 30, 2025** |
| Parties' Exhibit Exchange | 15 Days before Trial | **October 3, 2025** |
| Proposed Verdict Sheet | 15 Days before Trial | **October 3, 2025** |
| Proposed *Voir Dire* Questions | 15 Days before Trial | **October 3, 2025** |
| Damages Statement by Claim | 15 Days before Trial | **October 3, 2025** |
| Court Receives Physical Exhibits | 10 Days before Trial | **October 10, 2025** |
| Court Receives PDF Exhibits to Merchant Chambers email | 10 Days before Trial | **October 10, 2025** |
| Initial Pretrial Conference | Set By Court | **July 31, 2025** |
| Final Pretrial Conference | Set By Court | **October 8, 2025** |
| **TRIAL STARTS** | Set By Court | **October 20, 2025** |