July 29, 2025

Honorable Orelia E. Merchant
United States District Court
Eastern District of New York
Via ECF

RE: REQUEST TO ADJOURN PRE-TRIAL CONFERENCE
　　Docket No., 2:22-cv-03031-OEM-SIL

Judge Merchant

　　This letter is a request for a two-week adjournment of the pre-trial conference that is currently scheduled for July 31, 2025 at 10:00a.m. set down in the scheduling order, ECF Item 94.
　　All parties have consented to the adjournment request.

　　At this time, we are speaking with client about potential settlement and the next steps post motion decision.

In advance, I thank the court for its attention to this matter and to the professional courtesy already extended to my office.

　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　*Christopher Ross*

　　　　　　　　　　　　　　　　　　　　　　Christopher Ross, Esq.

CC:　　Nicole D. Grunfeld NDGrunfeld@KatzMelinger.com
　　　　Jarret T. Bodo jtbodo@katzmelinger.com